IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | CONSOLIDATED UNDER MDL 875 |
| JESSE BEVERLY, JR. : | |
| Plaintiff : | |
| : | CIVIL ACTION |
| v. : | NO. 09-64031 |
| Various Defendants : | Transferred from the Northern District of California |

## O R D E R

**AND NOW**, this **16th** day of **February 2011**, it is hereby **ORDERED** that the Report and Recommendation issued by Magistrate Judge Thomas J. Rueter (doc. no. 31), filed on January 14, 2011 is **ADOPTED**.[1]

It is further **ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.